Brianne E. Murphy, Esq. (1510603)
Helbraun & Levey LLP
40 Fulton Street, 28 Fl.
New York, New York 10038
*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JULIO CESAR SILVERA-FERNANDEZ,

                Plaintiff,

      -against-

IVAN DUQUE, and LA AGUACATALA LOUNGE
INC., d/b/a EL ABUELO GOZON,

              Defendants.

CASE No.: 25-cv-00486 (MKB)

**ANSWER TO AMENDED COMPLAINT**

Defendants IVAN DUQUE, and LA AGUACATALA LOUNGE INC. d/b/a EL ABUELO

GOZON ("Defendants"), by their attorneys, Helbraun & Levey, LLP, answer the Amended Complaint of

Plaintiff, JULIO CESAR SILVERA-FERNANDEZ, as follows:

**NATURE OF THE ACTION**

1.     Defendants aver that Paragraph 1 of the Amended Complaint contains conclusions

of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants

refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a

response is required, Defendants deny the truth of the allegation contained in Paragraph 1 of the

Amended Complaint.

2.     Paragraph 2 of the Amended Complaint contains multiple allegations. Defendants

avers that Paragraph 2 of the Amended Complaint contains conclusions of fact and/or conclusions

of law as to which no responsive pleading is required, and Defendants refer all questions of law

to the Court and all questions of fact to the trier of fact. To the extent a response is required,

1

Defendants deny the truth of the allegations contained in Paragraph 2 of the Amended Complaint.

3.      Defendants aver that Paragraph 3 of the Amended Complaint contains statements of law as to which no responsive pleading is required.

4.      Paragraph 4 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 4 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 4 of the Amended Complaint.

5.    Paragraph 5 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 5 of the Amended Complaint contains conclusions of facts and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendant deny the truth of the allegations in Paragraph 5 of the Amended Complaint.

### JURISDICTION AND VENUE

6.      Defendants aver that Paragraph 6 of the Amended Complaint contains statements of law as to which no responsive pleading is required.

7.      Defendants aver that Paragraph 7 of the Amended Complaint contains statements of law as to which no responsive pleading is required.

### PARTIES

8.      Defendants deny knowledge or information sufficient to determine the truth of the allegation in Paragraph 8 of the Amended Complaint.

9.      Defendants admit that Corporate Defendant LA AGUACATALA LOUNGE INC. d/b/a EL ABUELO GOZON is a domestic corporation incorporated in the State of New York.

10.    Defendants admit that Defendant IVAN DUQUE owns the premises known as 79-03 Roosevelt Ave., Jackson Heights, NY 11372.

11.    Paragraph 11 of the Amended Complaint contains multiple allegations. Defendants deny that Defendant LA AGUACATALA LOUNGE INC. d/b/a EL ABUELO GOZON was and continues to be an enterprise engaged in commerce, or that handles, sells or otherwise works on goods or materials that have been moved in or produced for commerce and has an annual gross volume of sales of not less than $500,000.00.

**Owner/Individual Defendant**

12.    Defendants admit that Defendant IVAN DUQUE is the owner of the Corporate Defendant, LA AGUACATALA LOUNGE INC. d/b/a EL ABUELO GOZON.

13.    Paragraph 13 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 13 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 13 of the Amended Complaint.

14.    Paragraph 14 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 14 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 14 of the Amended Complaint.

15.    Paragraph 15 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 15 of the Amended Complaint contains conclusions of fact and/or

conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 15 of the Amended Complaint.

16.     Paragraph 16 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 16 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 16 of the Amended Complaint.

## **FACTS**

17.     Paragraph 17 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 17 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 17 of the Amended Complaint.

18.     Paragraph 18 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 18 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 18 of the Amended Complaint.

19.     Paragraph 19 of the Amended Complaint contains multiple allegations.

Defendants aver that Paragraph 19 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 19 of the Amended Complaint.

**Work Schedule/Months Worked**

20. Paragraph 20 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 20 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 20 of the Amended Complaint.

21. Paragraph 21 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 21 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 21 of the Amended Complaint.

22. Paragraph 22 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 22 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 22 of the Amended Complaint.

23.     Paragraph 23 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 23 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 23 of the Amended Complaint.

24.     Paragraph 24 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 24 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 24 of the Amended Complaint.

25.     Paragraph 25 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 25 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 25 of the Amended Complaint.

26.     Paragraph 26 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 26 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 26 of the Amended Complaint.

27. Paragraph 27 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 27 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 27 of the Amended Complaint.

28. Defendants aver that Paragraph 28 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 28 of the Amended Complaint.

29. Defendants aver that Paragraph 29 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 29 of the Amended Complaint.

30. Paragraph 30 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 30 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 30 of the Amended Complaint.

31. Paragraph 30 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 31 of the Amended Complaint contains conclusions of fact and/or

conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 31 of the Amended Complaint. Additionally, Defendants deny knowledge or information sufficient to determine the truth of the allegations in Paragraph 31 of the Amended Complaint.

32.     Paragraph 32 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 32 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 32 of the Amended Complaint.

33.     Paragraph 33 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 33 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 33 of the Amended Complaint.

34.     Paragraph 34 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 34 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 34 of the Amended Complaint. Additionally, Defendants deny knowledge or information sufficient to determine the truth of the allegations in Paragraph 34 of the Amended Complaint.

**FIRST CAUSE OF ACTION**

35.     Defendants aver that Paragraph 35 of the Amended Complaint is directed to a cause of action that has been dismissed by the Court and, therefore, no response is required. To the extent a response is deemed necessary, Defendants deny the allegations contained in Paragraph 35.

36.     Defendants aver that Paragraph 36 of the Amended Complaint is directed to a cause of action that has been dismissed by the Court and, therefore, no response is required. To the extent a response is deemed necessary, Defendants deny the allegations contained in Paragraph 36.

37.     Defendants aver that Paragraph 37 of the Amended Complaint is directed to a cause of action that has been dismissed by the Court and, therefore, no response is required. To the extent a response is deemed necessary, Defendants deny the allegations contained in Paragraph 37.

38.     Defendants aver that Paragraph 38 of the Amended Complaint is directed to a cause of action that has been dismissed by the Court and, therefore, no response is required. To the extent a response is deemed necessary, Defendants deny the allegations contained in Paragraph 38.

39.     Defendants aver that Paragraph 39 of the Amended Complaint is directed to a cause of action that has been dismissed by the Court and, therefore, no response is required. To the extent a response is deemed necessary, Defendants deny the allegations contained in Paragraph 39.

40.     Defendants aver that Paragraph 40 of the Amended Complaint is directed to a cause of action that has been dismissed by the Court and, therefore, no response is required. To the extent a response is deemed necessary, Defendants deny the allegations contained in

Paragraph 40.

## SECOND CAUSE OF ACTION

41.     Defendants aver that Paragraph 40 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendant refers all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 40 of the Amended Complaint.

42.     Defendants aver that Paragraph 42 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 42 of the Amended Complaint. Additionally, Defendants deny knowledge or information sufficient to determine the truth of the allegations in Paragraph 42 of the Amended Complaint.

43.     Paragraph 43 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 43 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 43 of the Amended Complaint. Additionally, Defendants deny knowledge or information sufficient to determine the truth of the allegations in Paragraph 43 of the Amended Complaint.

44.     Defendants aver that Paragraph 44 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in

10

Paragraph 44 of the Amended Complaint. Additionally, Defendants deny knowledge or information sufficient to determine the truth of the allegations in Paragraph 44 of the Amended Complaint.

45.    Paragraph 45 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 45 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 45 of the Amended Complaint. Additionally, Defendants deny knowledge or information sufficient to determine the truth of the allegations in Paragraph 45 of the Amended Complaint.

46.    Paragraph 46 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 46 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 46 of the Amended Complaint. Additionally, Defendants deny knowledge or information sufficient to determine the truth of the allegations in Paragraph 46 of the Amended Complaint.

### THIRD CAUSE OF ACTION

47.    Defendants aver that Paragraph 47 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 47 of the Amended Complaint.

48.    Paragraph 48 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 48 of the Amended Complaint contains conclusions of fact and/or

conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 48 of the Amended Complaint. Additionally, Defendants deny knowledge or information sufficient to determine the truth of the allegations in Paragraph 48 of the Amended Complaint.

49.     Paragraph 49 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 49 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 49 of the Amended Complaint. Additionally, Defendants deny knowledge or information sufficient to determine the truth of the allegations in Paragraph 49 of the Amended Complaint.

50.     Paragraph 50 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 50 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 50 of the Amended Complaint. Additionally, Defendants deny knowledge or information sufficient to determine the truth of the allegations in Paragraph 50 of the Amended Complaint.

**FOURTH CAUSE OF ACTION**

51.     Defendants aver that Paragraph 50 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 51 of the Amended Complaint.

52.     Defendants aver that Paragraph 52 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 52 of the Amended Complaint. Additionally, Defendants deny knowledge or information sufficient to determine the truth of the allegations in Paragraph 52 of the Amended Complaint.

53.     Paragraph 53 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 53 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 53 of the Amended Complaint. Additionally, Defendants deny knowledge or information sufficient to determine the truth of the allegations in Paragraph 53 of the Amended Complaint.

54.     Paragraph 54 of the Amended Complaint contains multiple allegations. Defendants aver that Paragraph 54 of the Amended Complaint contains conclusions of fact and/or conclusions of law as to which no responsive pleading is required, and Defendants refer all questions of law to the Court and all questions of fact to the trier of fact. To the extent a response is required, Defendants deny the truth of the allegations contained in Paragraph 54 of the Amended Complaint. Additionally, Defendants deny knowledge or information sufficient to determine the truth of the allegations in Paragraph 54 of the Amended Complaint.

## FIFTH CAUSE OF ACTION

55.     Defendants aver that Paragraph 55 of the Amended Complaint is directed to a cause of action that has been dismissed by the Court and, therefore, no response is required. To

the extent a response is deemed necessary, Defendants deny the allegations contained in Paragraph 55.

56.     Defendants aver that Paragraph 56 of the Amended Complaint is directed to a cause of action that has been dismissed by the Court and, therefore, no response is required. To the extent a response is deemed necessary, Defendants deny the allegations contained in Paragraph 56.

57.     Defendants aver that Paragraph 57 of the Amended Complaint is directed to a cause of action that has been dismissed by the Court and, therefore, no response is required. To the extent a response is deemed necessary, Defendants deny the allegations contained in Paragraph 57.

58.     Defendants aver that Paragraph 58 of the Amended Complaint is directed to a cause of action that has been dismissed by the Court and, therefore, no response is required. To the extent a response is deemed necessary, Defendants deny the allegations contained in Paragraph 58.

59.     Defendants aver that Paragraph 59 of the Amended Complaint is directed to a cause of action that has been dismissed by the Court and, therefore, no response is required. To the extent a response is deemed necessary, Defendants deny the allegations contained in Paragraph 59.

60.     Defendants aver that Paragraph 60 of the Amended Complaint is directed to a cause of action that has been dismissed by the Court and, therefore, no response is required. To the extent a response is deemed necessary, Defendants deny the allegations contained in Paragraph 60.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

61.     Plaintiff's claims are barred in whole or in part because the Amended Complaint

14

fails to state a claim upon which relief may be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

62. Plaintiff's claims in the Amended Complaint are barred in whole or in part because Defendants acted in good faith.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

63. Plaintiff's claims in the Amended Complaint are barred in whole or in part because payment of wages by Defendants was made pursuant to a differential based on factors other than the factor or factors alleged by Plaintiff.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

64. Defendants, at all times, acted in good faith to comply with the New York Labor Law and the Fair Labor Standards Act, and with reasonable grounds to believe that their actions did not violate the statutes cited in the Amended Complaint, with respect to Plaintiff, and Defendants assert a lack of willfulness or intent to violate the New York State Labor Law and the Fair Labor Standards Act as a defense to any claim by Plaintiff for liquidated damages.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

65. Plaintiff's claims are barred in whole or in part to the extent that the work they performed falls within exemptions, exclusions, exceptions, or credits provided under the New York Labor Law and Fair Labor Standards Act.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

66. In addition to the foregoing defenses, Defendants reserve the right to amend their Answer to raise any and all other additional affirmative and other defenses that may become evident during discovery and during any other proceeding in this action or pursue any available counterclaims against Plaintiff or any putative class member who joins this action as those claims become known during this litigation.

15

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

67.     If Plaintiff succeeds in establishing any violation under the New York Labor Law and the Fair Labor Standards Act, and to the extent any sums are found due and owing to Plaintiff, which is expressly denied, Defendants are entitled to a set-off against said sum to the extent paid, tendered, waived, compromised, and/or released prior to the adjudication herein, including but not limited to those amounts paid, tendered, waived, compromised, and/or released through any other proceeding, either formal or informal, or to the extent any additional compensation was paid to Plaintiff over and above their wages. Any claim for additional compensation by Plaintiff must be reduced by compensation already paid to Plaintiff for periods not compensable under the New York State Labor Law and the Fair Labor Standards Act.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

68.     To the extent that the Amended Complaint alleges any adverse employment action by Defendants against Plaintiff, any such action is de minimis.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

69.     Plaintiff's claims are barred in whole or in part by the doctrine of unclean hands. Upon information and belief, Plaintiff has engaged in inequitable, unfair, and/or bad faith conduct directly related to the subject matter of the claims asserted in the Amended Complaint. Such conduct precludes Plaintiff from obtaining equitable relief and otherwise limits or bars recovery.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

70.     Plaintiff's claims are barred in whole or in part by Plaintiff's own fraudulent conduct. Upon information and belief, Plaintiff made material misrepresentations and/or omissions of fact, with knowledge of their falsity and intent to induce reliance, and Defendants relied upon such misrepresentations to its detriment. Accordingly, Plaintiff is estopped from asserting the claims alleged, and any recovery should be barred or reduced.

## AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

71.     Plaintiff's claims are barred in whole or in part because Plaintiff failed to take reasonable steps to mitigate the alleged damages. Any recovery to which Plaintiff might otherwise be entitled must be reduced by the amount of damages that could have been avoided through the exercise of reasonable diligence.

## AS AND FOR A TWELTH AFFIRMATIVE DEFENSE

72.     Plaintiff's claims are barred in whole or in part by the doctrine of estoppel. Upon information and belief, Plaintiff, by his own words, conduct, representations, and/or omissions, induced Defendants to reasonably rely on such conduct to Defendants' detriment. In light of that reliance, Plaintiff is estopped from asserting claims that are inconsistent with his prior position, conduct, or representations.

## AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

73.     Plaintiff's claims are barred in whole or in part by lack of enterprise coverage under the FSLA, as the company has less than $500,000 in annual sales.

WHEREFORE, Defendants IVAN DUQUE, and LA AGUACATALA LOUNGE INC. d/b/a EL ABUELO GOZON, demand that the Amended Complaint in this action be dismissed against them in its entirety.

Dated:        New York, New York
              April 3, 2026

                                    Yours, etc.,

                                    **Helbraun & Levey LLP**
                                    *Attorney for Defendants*

                                    By:    /s/ Brianne E. Murphy
                                           Brianne E. Murphy, Esq. (1510603)
                                           40 Fulton St., 28 Fl.
                                           New York, New York 10038
                                           Tel: (212) 219-1193

17

Fax: (917) 398-8682